HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700
Douglas_Beevers@fd.org

Attorneys for Defendant
ASHELY LEBYA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHELY N. LEYBA<br><br>Defendant. | Case No.  2:17-mj-00026-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRELIMINARY HEARING**<br><br>Date: March 16, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Douglas J. Beevers, attorney for Ashely N. Leyba, that:

1. The Complaint in this case was filed on February 6, 2017. Defendant appeared before Honorable Judge Allison Claire on February 13, 2017.
2. A preliminary hearing was set for March 16, 2017 at 2:00 p.m. before Magistrate Judge Deborah Barnes.
3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to March 30, 2017 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for

preparation. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between March 16, 2017, and March 30, 2017, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

DATED: March 13, 2017	HEATHER E. WILLIAMS
	Federal Defender

	*/s/ Douglas J. Beevers*
	DOUGLAS J. BEEVERS
	Assistant Federal Defender
	Attorney for ASHELY N. LEYBA

DATED: March 13, 2017	PHILLIP A. TALBERT
	United States Attorney

	*/s/ Michelle Rodriguez*
	MICHELLE RODRIGUEZ
	Assistant U.S. Attorney
	Attorney for Plaintiff

**O R D E R**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 13, 2017. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to March 30, 2017, at 2:00 p.m.
2. The time between March 16, 2017, and March 30, 2017, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: March 13, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE