UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>ASHLEY N. LEYBA,<br><br>       Defendant. | No. 2:17-cr-00051-GEB |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CHANNIN R. DICKENS,<br>       Defendant. | No. 2:17-cr-00080-JAM<br><br>**RELATED CASES ORDER** |

On June 1, 2017, the United States of America filed a "Notice of Related Cases" document in which it states:

> On 3/24/17, an Information (No 17-051) . . . charged Leyba with, among other offenses, participation in a bank fraud scheme, aggravated i.d. theft, and possession of stolen U.S. Mail. (including financial instruments / contents from within stolen U.S. Mail).
>
> On 5/31/17, defendant Dickens was similarly charged by Information (CR 17-080-JAM) with, among other offenses, participation in the same bank fraud scheme, aggravated i.d. theft, and possession of stolen U.S. Mail. (including mail from the

initially charged scheme involving Leyba).
Mot. to Relate, 1:23-2:1, ECF No. 17 in 2:17-cr-00051.

Examination of the above-entitled cases reveals that they are related within the meaning of Local Rule 123. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed case was assigned. Therefore, action No. 2:17-cr-00080-JAM is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned case shall show the initials "GEB." The Clerk shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: June 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge