UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-51 WBS |
| Plaintiff, | |
| v. | |
| ASHLEY LEYBA, | ORDER RELATING CASES |
| Defendant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:22-cr-98 TLN |
| Plaintiff, | |
| v. | |
| ASHLEY LEYBA, | |
| Defendant. | |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because both actions involve the same defendant and the same or similar factual allegations and charges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Leyba, 2:17-cr-51 WBS, and United States v. Leyba, 2:22-cr-98 TLN, be, and the same hereby are, deemed related.  The case denominated United States v. Leyba, 2:22-cr-98 TLN, shall be reassigned to the Honorable William B. Shubb.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the captions on documents filed in the reassigned case shall be shown as United States v. Leyba, 2:22-cr-98 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated:  May 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2