PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00098-WBS; 2:17-CR-00051-WBS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE OF SENTENCING AND DISPOSITION HEARING; ORDER |
| ASHLEY LEYBA, | |
| Defendant. | DATE: February 13, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Ashley Leyba, by and through her counsel of record, hereby stipulate as follows:

1. On November 21, 2022, Defendant pleaded guilty in case no. 2:22-CR-00098-WBS and entered an admission in case no. 2:17-CR-00051-WBS.

2. By previous order, this matter was set for a sentencing and disposition hearing on February 13, 2023.

3. By this stipulation, the parties now move to continue the sentencing and disposition hearing until August 28, 2023.

4. The parties further agree and stipulate to the following:

    a) July 17, 2023: Draft PSR

    b) July 31, 2023: Informal objections

    c) August 7, 2023: Final PSR

STIPULATION REGARDING SENTENCING/DISPOSITION         1

    d)  August 14, 2023: Corrections

    e)  August 21, 2023: Replies

    f)  **August 28, 2023 at 9:00 a.m.**: Sentencing in case 2:22cr98-WBS and the Disposition Hearing in case 2:17cr51-WBS

IT IS SO STIPULATED.

Dated: February 7, 2023        PHILLIP A. TALBERT
                United States Attorney

                /s/ ELLIOT C. WONG
                ELLIOT C. WONG
                Assistant United States Attorney

Dated: February 7, 2023        /s/ DAVID FISCHER
                DAVID FISCHER
                Counsel for Defendant
                ASHLEY LEYBA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE